```
 1  LAW OFFICES OF TRUDY L. MARTIN
    TRUDY L. MARTIN (STATE BAR NO. 148515)
 2  1808 Sixth Street
    Berkeley, CA 94710-2620
 3  Telephone:  (510) 843-4300
    Facsimile:  (510) 843-4311
 4
        Attorneys for Plaintiff Kelly L. Letch
 5

 6  DILLINGHAM & MURPHY, LLP
    WILLIAM F. MURPHY (STATE BAR NO. 82482)
 7  MARK J. ROGERS (STATE BAR NO. 173005)
    225 Bush Street, 6th Floor
 8  San Francisco, California 94104-4207
    Telephone:  (415) 397-2700
 9  Facsimile:  (415) 397-3300

10      Attorneys for Defendants Safeway Inc.
        and Robert Munz
11
```

**E-filing**

Received 05 JUN 30 AM 9:30, Clerk, U.S. District Court, Northern District of California

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY L. LETCH, | Case No. C-05-01781 MMC |
| Plaintiff, | **STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS; ORDER** |
| v. | Trial Date: None Set |
| SAFEWAY STORES, INC., et al., | |
| Defendants. | |

Pursuant to Local Rule 7-7 and the Court's April 20, 2005 Standing Order, Plaintiff KELLY L. LETCH and Defendants SAFEWAY INC. ("Safeway") and ROBERT MUNZ, through their counsel of record, hereby stipulate as follows:

1. Whereas on February 7, 2005 in the Superior Court of the State of California, in and for the County of Contra Costa, Plaintiff, in pro se, filed her "Complaint – Personal Injury, Property Damage, Wrongful Death" against Defendants.

2. Whereas on April 29, 2005, Defendants removed this matter to this Court pursuant to 28 U.S.C. Sections 1441(b) and 1446;

1   3.   Whereas on May 2, 2005, Defendants filed a Motion to Dismiss and noticed the hearing
2   on their motion to take place on June 10, 2005;
3   4.   Whereas Plaintiff only recently retained her current counsel and the parties are
4   interested in pursuing settlement discussions prior to the time that either party incurring any additional
5   fees and costs;
6   5.   Whereas counsel for Defendants and Plaintiff are presently engaged in a good faith
7   effort to address substantive issues in order to identify areas of agreement;
8   IT IS HEREBY STIPULATED by and between the parties that the hearing on Defendants'
9   Motion to Dismiss be continued from its currently scheduled hearing date of July 29, 2005 at 9:00 a.m.
10  to September 2, 2005 at 9:00 a.m. Good cause exists for such an extension as Plaintiff's counsel has
11  only recently been retained and the parties would like to try to resolve the matter prior to either side
12  having to incur additional fees and costs addressed towards responding to or pursuing Defendants
13  Motion to Dismiss. This is a further continuance from the initial hearing date of June 10, 2005, and
14  necessary in order for the parties to identify and exchange pertinent information. In order to
15  effectively engage in this stage of informal discussion, the parties further request that the date for
16  initial disclosures and dates for the other events referenced in this Court's April 29, 2005 Order Setting
17  Initial Case Management Conference, including the case management conference currently set for
18  September 2, 2005, be continued approximately thirty (30) days so that the case management
19  conference take place on September 30, 2005, or a date soon thereafter following the reset hearing date
20  of September 2, 2005 as may be convenient for this Court.

Dated: June 29, 2005              LAW OFFICES OF TRUDY L. MARTIN

                                  By: _____
                                      TRUDY L. MARTIN
                                      Attorneys for Plaintiff Kelly Letch

Dated: June 29, 2005              DILLINGHAM & MURPHY, LLP

                                  By: _____
                                      MARK J. ROGERS
                                      Attorneys for Defendants Safeway Inc. and Robert Munz

Page 2 – STIP. RE MOT. TO DISMISS; ORDER                    Case No. C-05-01781 MMC

## ORDER

Pursuant to the parties' stipulation and good cause appearing therefore, Defendants' Motion to dismiss, currently scheduled to be heard on July 29, 2005 at 9:00 a.m., is continued to September 2, 2005 at 9:00 a.m. Opposition and replies briefs shall be calculated from the new hearing date. The Court's April 29, 2005 Order Scheduling Initial Case Management Conference is hereby revised as follows:

| Date | Event |
|---|---|
| September 23, 2005 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan |
| September 23, 2005 | Last day to file Joint ADR Certification with Stipulation to ADR process of Notice of Need for ADR Phone Conference |
| October 7, 2005 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Conference Statement, and file/serve Rule 26(f) Report |
| October 14, 2005 | Case Management Conference in Ctrm 7, 19th Floor at 10:30 a.m. |

DATED: JUN 3 0 2005

HONORABLE MAXINE M. CHESNEY
United States District Court Judge

Page 3 – STIP. RE MOT. TO DISMISS; ORDER

Case No. C-05-01781 MMC