E-filing

1  LAW OFFICES OF TRUDY L. MARTIN
   TRUDY L. MARTIN (STATE BAR NO. 148515)
2  1808 Sixth Street
   Berkeley, CA 94710-2620
3  Telephone: (510) 843-4300
   Facsimile:  (510) 843-4311
4
5  Attorneys for Plaintiff Kelly L. Letch

6  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (STATE BAR NO. 82482)
7  MARK J. ROGERS (STATE BAR NO. 173005)
   225 Bush Street, 6th Floor
8  San Francisco, California 94104-4207
   Telephone: (415) 397-2700
9  Facsimile:  (415) 397-3300

10 Attorneys for Defendants Safeway Inc.
   and Robert Munz
11

12                  UNITED STATES DISTRICT COURT
13        NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

14 KELLY L. LETCH,                          Case No. C-05-01781 MMC
15            Plaintiff,
                                            STIPULATION TO CONTINUE
16       v.                                 DEFENDANTS' MOTION TO DISMISS;
                                            ORDER
17
                                            Trial Date: None Set
18 SAFEWAY STORES, INC., ROBERT MUNZ
   and Does 1 to 30,
19
              Defendants.
20

21       Pursuant to Local Rule 7-7 and the Court's April 20, 2005 Standing Order, Plaintiff KELLY L.
22 LETCH and Defendants SAFEWAY INC. ("Safeway") and ROBERT MUNZ, through their counsel
23 of record, hereby stipulate as follows:
24       1.   Whereas on February 7, 2005 in the Superior Court of the State of California, in and for
25 the County of Contra Costa, Plaintiff, in pro se, filed her "Complaint – Personal Injury, Property
26 Damage, Wrongful Death" against Defendants.
27       2.   Whereas on April 29, 2005, Defendants removed this matter to this Court pursuant to 28
28 U.S.C. Sections 1441(b) and 1446;

2. Whereas on May 2, 2005, Defendants filed a Motion to Dismiss and noticed the hearing on their motion to take place on June 10, 2005;

3. Whereas Plaintiff only recently retained her current counsel, has continued this matter only once previously, counsel has experienced the recent loss of a family member and the parties are interested in pursuing settlement discussions prior to the time that either party incurring any additional fees and costs;

IT IS HEREBY STIPULATED by and between the parties that the hearing on Defendants' Motion to Dismiss be continued from its currently scheduled hearing date of September 2, 2005 at 9:00 a.m. to September 16, 2005 at 9:00 a.m. Good cause exists for such an extension as Plaintiff's counsel has only recently been retained, counsel has experienced the recent loss of a family member and the parties are continuing in efforts to try to resolve the matter prior to either side having to incur additional fees and costs addressed towards responding to or pursuing Defendants Motion to Dismiss. The requested continuance will not otherwise affect any dates set by the Court.

Dated: August 11, 2005

LAW OFFICES OF TRUDY L. MARTIN

By: _____
TRUDY L. MARTIN
Attorneys for Plaintiff Kelly Letch

Dated: August 11, 2005

DILLINGHAM & MURPHY, LLP

By: _____
MARK J. ROGERS
Attorneys for Defendants Safeway Inc. and Robert Munz

## ORDER

Pursuant to the parties' stipulation and good cause appearing therefore, Defendants' Motion to dismiss, currently scheduled to be heard on September 2, 2005 at 9:00 a.m., is continued to September 16, 2005 at 9:00 a.m. Opposition and replies briefs shall be calculated from the new hearing date.

DATED: AUG 15 2005

HONORABLE MAXINE M. CHESNEY
United States District Court Judge